UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY MARTIN,

        Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Case No.: 3:13-CV-336

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

## ORDER

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 12), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed thereto, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on May 23, 2014 is **ADOPTED** in full;

2. The parties' joint, unopposed motion for remand (doc. 11) is **GRANTED;**

3. This case is **REMANDED** to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings; and

4. This case is **TERMINATED** upon the Court's docket.

**IT IS SO ORDERED.**

Date: June 11, 2014                                                  *s/Thomas M. Rose

                                                                                             Thomas M. Rose
                                                                       United States District Judge