IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY MARTIN,

    Plaintiff,                                    Case No. 3:13-cv-336

    vs.

COMMISSIONER OF                           District Judge Thomas M. Rose
SOCIAL SECURITY,                          Magistrate Judge Michael J. Newman

    Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on October 7, 2014 (Doc. #16) is **ADOPTED** in full;

2. The stipulation for an EAJA fee award (Doc. #15) is **APPROVED**;

3. Plaintiff is **GRANTED** and **AWARDED** the sum of $3,250.00 in EAJA fees; and

4. This case remains terminated on the docket of this Court.

Date: November 3, 2014                                *s/Thomas M. Rose

                                                                 _____
                                                                   THOMAS M. ROSE
                                                         UNITED STATES DISTRICT JUDGE