# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ANTHONY MARTIN, | : | Case No. 3:13-cv-336 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Michael J. Newman |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | : | |
| Defendant. | : | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION (DOC. 22)

The Court reviewed the Amended Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Amended Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Amended Report and Recommendation (Doc. 22) filed on February 2, 2017 is **ADOPTED** in full;

2. Plaintiff's motion for attorney's fees under the Social Security Act (Doc. 18) is **GRANTED**;

3. Plaintiff's counsel is **AWARDED** $13,250.00 in attorney's fees; and

4. The case remains **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 21, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE